JERRY M. FERRARA v.
DIRECTOR, DIVISION OF TAXATION.

May 29, 1974. Petition for certification denied. (See 127
*N. J. Super.* 240).

SHEILA KAVULA v. HAROLD BROWER.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT S. NEWTON.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL P. RICCIO.

May 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT THOMAS.

May 29, 1974. Petition for certification denied.

MERCURY FEDERAL SAVINGS AND LOAN v.
GENEVIEVE FULLERTON NIEDER.

May 29, 1974. Petition for certification denied.